```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.                              Case No. 18-cv-592-PB

NH Department of Corrections,
Commissioner, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 24, 2018, and deny plaintiff's default motions.

                                              /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: August 30, 2018

cc: Jason A. Czekalski, pro se
    Lawrence Edelman, Esq.