```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.                                      Case No. 18-cv-592-PB

NH Department of Corrections
Commissioner, et al.


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2019, and deny the motion for preliminary injunction, (Doc. No. 46).

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: August 26, 2019

cc:   Jason A. Czekalski, pro se
      Anthony Galdieri, Esq.
      Lawrence Edelman, Esq.