```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jason A. Czekalski

    v.                                                    Case No. 18-cv-592-PB

NH Department of Corrections, Commissioner et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2020, and deny plaintiff's "Motion for Expedited/Emergency Protective Order for Evidence and/or Legal Resources" (Doc. No. 72). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

Date: April 10, 2020

cc: Jason A. Czekalski, pro se
    Counsel of Record